UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.23-mj-2** |
| | : | |
| **JONATHAN MONTIETHE PERRY,** | : | |
| | : | **VIOLATION:** |
| **Defendant.** | : | **21 U.S.C. § 952(a)** |
| | : | **(Importation of a Controlled Substance)** |
| | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. On or about January 5, 2023, within the District of Columbia, **JONATHAN MONTIETHE PERRY**, did knowingly and intentionally import a detectable amount of Gamma Butyrolactone, a Schedule I Controlled Substance, into the United States from a place outside the United States.

   (**Importation of a Controlled Substance,** in violation of Title 21, United States Code, Section 952(a))).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), Title 21,

United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

    /s/ Shehzad Akhtar
Shehzad Akhtar
Assistant United States Attorney
D.C. Bar Number 493635
601 D Street, N.W.
Washington, DC 20530
(202) 252-7498
Shehzad.Akhtar@usdoj.gov